**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ONTEL PRODUCTS CORPORATION, a New Jersey Corporation,<br><br>Defendant. | Case No. 2:20-CV-08158-DSF-PVC<br><br>**[CLASS ACTION]**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION OF ALL PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Dale S. Fischer<br><br>Action Filed: September 4, 2020 |

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN and IT IS HEREBY STIPULATED, by and among Plaintiff Paul Martin ("Plaintiff") and Ontel Products Corporation ("Defendant"), through their respective counsel of record, that the above-captioned action, including all claims asserted by Plaintiff against Defendant, be and hereby are DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: April 12, 2021         By: /s/ Ryan J. Clarkson_____

        CLARKSON LAW FIRM, P.C.
        Ryan J. Clarkson (SBN 257074)
        rclarkson@clarksonlawfirm.com
        Zachary T. Chrzan (SBN 329159)
        zchrzan@clarksonlawfirm.com
        9255 Sunset Boulevard, Suite 804
        Los Angeles, CA 90069
        Tel: (213) 788-4050
        Fax: (213) 788-4070

        Attorneys for Plaintiff Paul Martin

Dated: April 12, 2021         By: /s/ Jared M. Ahern_____

        WINGET SPADAFORA & SCHWARTZBERG LLP
        Timothy W. Fredricks (SBN 238039)
        Fredricks.T@wssllp.com
        Jared M. Ahern (SBN 279187)
        Ahern.J@wssllp.com
        Brenna J. McGill (SBN 327181)
        McGill.J@wssllp.com
        1900 Avenue of the Stars, Suite 450
        Los Angeles, CA 90067
        Telephone: 310.836.4800
        Facsimile: 310.836.4801

        Attorneys for Defendant Ontel Products Corporation

# ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 12, 2021                           CLARKSON LAW FIRM, P.C.

                                                               /s/ Ryan J. Clarkson
                                                            By: Ryan J. Clarkson

                                                            Attorneys for Plaintiff